IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00459-MSK-MJW

WEST COAST MANAGEMENT & CAPITAL, LLC,

Plaintiff(s),

v.

ROGER L. KOENIG, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Administratively Stay Action Pending Settlement Discussions and for Extension of Time to Respond to Shareholder Derivative Complaint and Continuance of Scheduling/Planning Conference (docket no. 11) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar as the portion of this motion requesting an extension of time to answer the complaint. Defendants shall have up to and including May 21, 2007, to answer or otherwise defend. The motion is DENIED as to the portion of the motion requesting a continuance of the Rule 16 Scheduling/Planning Conference. As to the last portion of this motion that requests a stay and administrative closure, Judge Kreiger has previously denied that portion of the motion. See docket no. 12.

It is FURTHER ORDERED that the Rule 16 Scheduling/Planning Conference remains set before Magistrate Judge Watanabe on May 22, 2007 at 9:30 a.m. The parties shall file their proposed Rule 16 Scheduling/Planning Order with the court on or before May, 17, 2007.

Date: May 7, 2007