IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00459-MSK-MJW

WEST COAST MANAGEMENT & CAPITAL, LLC,

Plaintiff(s),

v.

ROGER L. KOENIG, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 42) is GRANTED. The written Stipulation and Protective Order is APPROVED and made an order of court.

Date: May 29, 2007