# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover                     Date: March 24, 2008
Court Reporter:   Paul Zuckerman

Civil Action No. 07-cv-00459-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WEST COAST MANAGEMENT & CAPITAL, LLC, Derivatively, on behalf of Nominal Defendant CARRIER ACCESS CORPORATION, | William Federman<br>Gerald Bader, Jr. |

        Plaintiff,

v.

ROGER L. KOENIG,                                      Kelley Kinney
TIMOTHY R. ANDERSON,                                  Matthew Collins
NANCY PIERCE,                                         Jeffrey Smith
JOHN W. BARNETT, JR.,
DAVID R. LAUBE,
MARK FLOYD,
THOMAS C. LAMMING,
KELD, LLC, and
LANCE W. LORD,

        Defendants.

And

CARRIER ACCESS CORP.,

        Nominal Defendant.

## COURTROOM MINUTES

HEARING:   Continued Settlement Hearing.

**1:39 p.m.    Court in session.**

Counsel present as listed above.  James Donnelly is present on behalf of objector James Kenney. Leah Mahrer, Vice President and General Counsel is present as representative of Turin Networks.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses case status with the parties and counsel.

**1:59 p.m.**    **Court in recess**
**2:10 p.m.**    **Court in session**

The parties stipulate that the case can be dismissed.

**ORDER:**   By stipulation of the parties, the Court dismisses the case, but the effect of the order is stayed for 60 days.

**2:24 p.m.**    **Court in recess.**

**Total Time:    45  minutes.**
**Hearing concluded.**