**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Honorable Marcia S. Krieger

| | |
|---|---|
| WEST COAST MANAGEMENT & CAPITAL, LLC, Derivatively, on behalf of Nominal Defendant CARRIER ACCESS CORPORATION, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 07-cv-00459-MSK-MJW ) |
| v. | ) ) |
| ROGER L. KOENIG, TIMOTHY R. ANDERSON, NANCY PIERCE, JOHN W. BARNETT, JR., DAVID R. LAUBE, MARK FLOYD, THOMAS C. LAMMING, KELD, LLC and LANCE W. LORD, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| CARRIER ACCESS CORPORATION, | ) ) |
| Nominal Defendant. | ) |

**JOINT NOTICE FOR IMMEDIATE DISMISSAL**

The parties to the above-referenced action jointly stipulate and advise the Court that this action may be immediately dismissed and that the stay of any dismissal as referenced in the Courtroom Minutes from the hearing on March 24, 2008 is no longer necessary.

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to D.C.Colo.LCivR 7.1(A), counsel for all parties have reviewed and approved this Joint Notice for Immediate Dismissal and approve of the filing of same.

Dated:  May 5, 2008                         Respectfully submitted,

/s/ William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania
Oklahoma City, OK  73120
(405) 235-1560/Fax: (405) 236-2112
*wfederman@aol.com*
                        - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

***Lead Counsel for Plaintiffs***

Gerald Bader
Renée B. Taylor
**BADER & ASSOCIATES**
14426 East Evans Avenue, Suite 200
Denver, CO 80014
Telephone: 303-534-1700
Facsimile:  303-534-1701

***Liaison Counsel for Plaintiffs***

/s/ Douglas J. Clark
Douglas J. Clark
Kelley M. Kinney
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 320-4824
Facsimile:    (650) 565-5100

***Lead Counsel for Defendants***
***Carrier Access, Roger L. Koenig, Nancy***
***Pierce,John W. Barnett, Jr., David R. Laube,***
***Mark  Floyd, Thomas C. Lamming, Keld,***
***LLC and Lance W. Lord***

Matthew D. Collins
**FEATHERSTONE PETRIE DESISTO LLP**
600 17th Street, Suite 2400
Denver, CO 80202-5424
Telephone: (303) 626-7100
Facsimile:   (303) 626-7101

***Local Counsel for Defendants Carrier
Access, Roger L. Koenig, Nancy Pierce,
John W. Barnett, Jr., David R. Laube, Mark
Floyd, Thomas C. Lamming, Keld, LLC and
Lance W. Lord***


/s/ Jeffrey Allen Smith
Jeffrey Allen Smith
Paul Howard Schwartz
**COOLEY GODWARD KROMISH, LLP-
BROOMFIELD**
380 Interlocken Crescent #900
Broomfield, CO  80021-8023
Telephone:  (720) 566-4000
Facsimile:    (720) 566-4099

***Counsel for Defendant Timothy R.
Anderson***

## CERTIFICIATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record who are registered to receive ECF notification of filings in this case.


/s/William B. Federman
William B. Federman